

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00183-CV

## IN THE MATTER OF THE MARRIAGE OF
## YOSSEF ELABD AND SONIA ELABD
## AND IN THE INTEREST OF J.E., E.E. AND S.E., CHILDREN

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 17-000880-CVD-CCL2**

## O R D E R

On May 30, 2018, appellant, Yossef Elabd, filed his notice of appeal challenging the final decree of divorce signed by the trial court on May 9, 2018. Subsequently, on June 14, 2018, appellee, Sonia Elabd, filed a notice of cross-appeal also challenging the trial court's May 9, 2018 divorce decree. Thereafter, on March 5, 2019, Sonia filed a motion to dismiss her cross-appeal in this matter.

Dismissal of Sonia's cross-appeal does not prevent a party from seeking relief to which it would otherwise be entitled.[1]  Sonia's motion to dismiss her cross-appeal is granted, and her cross-appeal is hereby dismissed.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Order issued and filed March 13, 2019
Do not publish
[CV06]



---

[1] Indeed, Yossef's appeal of the trial court's May 9, 2018 divorce decree remains pending.